FILED

2014 JUL 25 PM 3: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NS

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAFAEL GUADALUPE FELIX-NUNEZ (1),<br>    aka "Changito,"<br>JESUS QUINONEZ-FLORES (2),<br>    aka "Jose Quinonez-Flores,"<br>    aka "Chikiyo,"<br>ALFONSO ARZATE-GARCIA (3),<br>    aka "Aquiles,"<br><br>                    Defendants. | Case No. 14CR0722-DMS<br><br>I N D I C T M E N T<br>(Superseding)<br><br>Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine and Marijuana; Title 18, U.S.C., Secs. 1956(h) and 1956(a)(2)(A)- Conspiracy to Launder Money; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 982, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, within the Southern District of California, and elsewhere, defendants RAFAEL GUADALUPE FELIX-NUNEZ, aka "Changito," JESUS QUINONEZ-FLORES, aka "Jose Quinonez-Flores," aka "Chikiyo," and ALFONSO ARZATE-GARCIA, aka "Aquiles," did knowingly and intentionally conspire with each other, and with other persons known and unknown to the grand jury, to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and

ALB:nlv:San Diego
7/23/14

4

1000 kilograms and more of marijuana, a Schedule I Controlled Substance; into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960, and 963.

Count 2

Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, within the Southern District of California and elsewhere, defendant JESUS QUINONEZ-FLORES, aka "Jose Quinonez-Flores," aka "Chikiyo," did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to commit offenses against the United States under Title 18, United States Code, Section 1956, namely: transport, transmit and transfer monetary instruments and funds, that is United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of controlled substances, in violation of Title 18, United States Code, Section 1956(a)(2)(A); all in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Count 1 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants RAFAEL GUADALUPE FELIX-NUNEZ, aka "Changito," JESUS QUINONEZ-FLORES,

2

aka "Jose Quinonez-Flores," aka "Chikiyo," and ALFONSO ARZATE-GARCIA, aka "Aquiles," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. As a result of the commission of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant JESUS QUINONEZ-FLORES, aka "Jose Quinonez-Flores," aka "Chikiyo," shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as to Count 1, and Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) as to Count 2 to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982 and Title 28, United States Code, Section 2461(c).

DATED: July 25, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney

4